NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VOIP-PAL.COM, INC.,**
*Plaintiff-Appellant*

**v.**

**VERIZON COMMUNICATIONS, INC., CELLCO PARTNERSHIP, dba Verizon Wireless, VERIZON SERVICES CORP., VERIZON BUSINESS NETWORK SERVICES, INC., T-MOBILE USA, INC.,**
*Defendants-Appellees*

---

2025-1602, 2025-1603

---

Appeals from the United States District Court for the Western District of Texas in Nos. 6:21-cv-00672-ADA and 6:21-cv-00674-ADA, Judge Alan D. Albright.

-----------------------------------------------

**VOIP-PAL.COM, INC.,**
*Plaintiff-Appellee*

**v.**

**T-MOBILE USA, INC.,**
*Defendant-Appellant*

---

2025-2091

2        VOIP-PAL.COM, INC. v. VERIZON COMMUNICATIONS, INC.

————————————

Appeal from the United States District Court for the Western District of Texas in No. 6:21-cv-00674-ADA, Judge Alan D. Albright.

————————————

Verizon Communications, Inc., Cellco Partnership, Verizon Services Corp., and Verizon Business Network Services, Inc. (collectively, "Verizon") and VoIP-Pal.com, Inc. previously stipulated to dismissal of Appeal No. 2025-1602. Appeal No. 2025-1602, ECF No. 35, 36. VoIP-Pal.com and T-Mobile USA, Inc. now jointly stipulate to the voluntary dismissal of Appeal Nos. 2025-1603 and 2025-2091. Appeal No. 2025-1602, ECF No. 37; Appeal No. 2025-2091, ECF No. 12.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Appeal Nos. 2025-1602, 2025-1603, and 2025-2091 are voluntarily dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

October 24, 2025
        Date

ISSUED AS A MANDATE:  October 24, 2025